## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:  Pablo David Reyes Ponce*, | ) | |
| | ) | Chief Judge Cathy Bissoon |
| Plaintiff/Petitioner. | ) | |
| | ) | Entered in:  3:25-cv-00308-SLH-PEO |
| | ) | 3:26-cv-00673-SLH |
| | ) | 3:26-cv-00732-SLH |
| | ) | 3:26-cv-00798-SLH |
| | ) | 3:26-cv-00799-SLH |
| | ) | 3:26-cv-01063-SLH |
| | ) | 3:26-cv-01064-SLH |
| | ) | 3:26-cv-01086-SLH |
| | ) | 3:26-cv-01160-SLH |

## <u>ORDER</u>

Mr. Reyes Ponce is a detainee at Moshannon Valley Processing Center.  He has an active appeal, at 3d Cir. Docket Number 25-2087, and nine active cases in this District.  In eight of the nine cases,[1] his caption includes reference to "Attorney General of the United States, U.S. District's Court-Western of Pennsylvania."  *See, e.g.,* Doc. 6 in 25-cv-00308-SLH-PEO.

It is unclear why his captions make reference to the Western District Court.  Perhaps it is intended as part of his naming of the U.S. Attorney General.  What is clear, however, is that *none* of his pleadings allege any wrongdoing by the Court.  To the contrary, each pleading recognizes the Court as the authoritative body from which he is seeking relief.

Unfortunately, his captions' apparent references to the Court caused it to be identified as a defendant in the Court's electronic-filing system, in a number of his cases.  This resulted in the Court being included in some Marshal service orders, and the generation of service papers and summonses directed to the Court.

---

[1]  The exception is 26-cv-01086-SLH.

Reading Mr. Reyes Ponce's pleadings, on the whole, it is beyond doubt that the Court was not intended to be a defendant, in any of his cases.  Accordingly, it hereby is **ORDERED** that any and all references in the above-captioned cases to the Court, as a party, are **STRICKEN**.  To the extent that any Order identifies the Court as a party, that portion of the Order is **VACATED**.

The Court also now addresses an elephant in the room, namely, Mr. Reyes Ponce's having nine active cases in this District.  While the Court understands the seriousness and urgency of his pleas, the serial filing of cases cannot reasonably be expected to advance his goals.  If anything, the practice undermines his ability to achieve timely relief, as the Court's focus and energies are diverted from the merits to the administration and coordination of his many lawsuits.

For these reasons, it hereby is **ORDERED** that **Plaintiff/Petitioner Pablo David Reyes Ponce is prohibited from initiating any additional legal action(s) in this District, without first being granted leave (permission) of court**.

IT IS SO ORDERED.

July 13, 2026

s/Cathy Bissoon

Cathy Bissoon
Chief United States District Judge

cc (via First-Class U.S. Mail):

Pablo David Reyes Ponce
244086926
Moshannon Valley Processing Center
LEGAL MAIL - Open in Presence of Detainee
555 Geo Drive
Philipsburg, PA  16866

2

cc (via ECF email notification):

All Counsel of Record